**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH BELTRAN, RUBY BELTRAN, ) | NO. 1:12-CV-00287 AWI BAM |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| ) | SEPTEMBER 24, 2012 HEARING |
| v. ) | DATE AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| ACCUBANC MORTGAGE ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants' motion to dismiss has been set for hearing in this case on September 24, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2012 is VACATED, and the parties shall not appear at that time. As of September 24, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 20, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE