IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH BELTRAN, RUBY BELTRAN,  )<br>                                                              )<br>                    Plaintiffs,               )<br>                                                              )<br>          v.                                              )<br>                                                              )<br>ACCUBANC MORTGAGE                  )<br>CORPORATION, et al.,                       )<br>                                                              )<br>                   Defendants.            )<br>_____ ) | NO. 1:12-CV-00287 AWI BAM<br><br>ORDER VACATING<br>SEPTEMBER 24, 2012 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

   Defendants' motion to dismiss has been set for hearing in this case on September 24, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2012 is VACATED, and the parties shall not appear at that time. As of September 24, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 20, 2012                                     _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE