IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH BELTRAN, RUBY ANN BELTRAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>ACCUBANK MORTGAGE CORP.; NATIONAL BANK OF INDIANA; PNC, N.A.; CAL-WESTERN RECONVEYANCE CORP.,<br><br>            Defendants | 1:12-cv-0287 AWI BAM<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013, AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages and injunctive relief by Ralph Beltran and Ruby Beltran ("Plaintiffs'), defendant PNC National Association has filed a motion to dismiss Plaintiffs' Second Amended Complaint ("SAC") and re-noticed a motion to strike portions of Plaintiffs' SAC.  Oral arguments on the motions to dismiss and to strike were scheduled to be held on February 25, 2013.  The Court has reviewed Defendant's motion.  Opposition, which was due not later than February 15, 2013, was not filed as of that date and consequently the motion may not be opposed at oral argument.  Local Rule 78-230(b).  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February

25, 2013, is VACATED, and no party shall appear at that time. As of February 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: February 20, 2013

SENIOR DISTRICT JUDGE

2